# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:24-CR-00768 |
| v. | (Chief Judge Brann)* |
| JULIEN GIRAUD JR., and JULIEN GIRAUD III, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | No. 2:25-CR-00436 |
| v. | (Chief Judge Brann)* |
| CESAR HUMBERTO PINA, | |
| Defendant. | |

## ORDER

### AUGUST 21, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Girauds' motion to disqualify Alina Habba from prosecuting them and supervising the prosecution of their case[1] is **GRANTED**;

2. Mr. Pina's motion to dismiss the indictment[2] is **DENIED** with respect to dismissal and **GRANTED** with respect to disqualifying Alina Habba from prosecuting him and supervising the prosecution of his case;

---

\*    The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.
[1]   Doc. 99 in No. 1:24-CR-0768.
[2]   Doc. 52 in No. 2:25-CR-0436.

3. Ms. Habba's signature of Mr. Pina's indictment is **VOID**;

4. Ms. Habba is **DISQUALIFIED** from participating in the prosecution of these matters and supervising any Assistant United States Attorney prosecuting these matters;

5. Any Assistant United States Attorney prosecuting these matters who is acting under the supervision of Ms. Habba in violation of this Order is subject to disqualification upon motion and cause shown;

6. The pending motions to appear as *amicus curiae*[3] are **GRANTED**;

7. This Order and its effects are **STAYED** pending appellate proceedings in these matters.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding

---

[3] Docs. 129, 135, 138 in No. 1:24-CR-0768.

2